[No. 59992-5-I.   Division One.   May 19, 2008.]

*In the Matter of the Postsentence Review of* ROBERT CLARENCE JERUE.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-02655-6, James H. Allendoerfer, J., entered February 9, 2007. *Remanded* by unpublished opinion per Leach, J., concurred in by Dwyer, A.C.J., and Cox, J.

[No. 60311-6-I.   Division One.   May 19, 2008.]

PATRICIA A. HAIGHT ET AL., *Respondents*, v. SERENA CONSTRUCTION COMPANY, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-07610-7, George N. Bowden, J., entered July 9, 2007. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer, A.C.J., and Leach, J.

[Nos. 33486-1-II; 36253-8-II.   Division Two.   May 20, 2008.]

*In the Matter of the Marriage of* ELSIE KAY DAVIS, *Respondent*, and DUANE A. DAVIS, *Appellant*.

Appeals from a judgment of the Superior Court for Clark County, No. 03-3-00690-1, Roger A. Bennett, J., entered June 3, 2005. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 35724-1-II.   Division Two.   May 20, 2008.]

*In the Matter of the Personal Restraint of* JEFFREY MICHAEL TAYLOR, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Quinn-Brintnall, J.